BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

BRIAN E. CABRERA (CABN 152446)
Special Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5595
    FAX: (408) 535-5066
    brian.babrera@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL VINCENT HALEY,<br><br>    Defendant. | No. CR 17-00528<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE |

The Defendant, DANIEL VINCENT HALEY, represented by Tamara Crepet, Assistant Federal Public Defender, and the Government, represented by Brian E. Cabrera, Special Assistant United States Attorney, hereby stipulate and agree, subject to the Court's approval, that the status conference currently set in this matter for Wednesday, December 6, 2017, at 1:30 p.m. be continued to Wednesday, January 10, 2018, at 1:30 p.m.

The parties are in discussions regarding a potential resolution of the case and believe a continuance would give the parties the opportunity to address any outstanding issues that remain.

Therefore, the parties agree, and the Court finds and holds, as follows:

1.    This matter is continued from Wednesday, December 6, 2017 at 1:30 p.m. until

Wednesday, January 10, 2018, at 1:30pm.

Dated: 12/05/2017

/S/ Tamara Crepet
TAMARA CREPET
Assistant Federal Public Defender

Dated: 12/05/2017

/S/ Brian E. Cabrera
BRIAN E. CABRERA
Special Assistant United States Attorney

IT IS SO ORDERED.
Dated: 12/5/17

HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 17-00528